Helen M. Thomson, Appellee, v. W. C. Miner, Appellant.

Gen. No. 9,208.

Heard in this court at October term, 1939; opinion filed January 15, 1940. Gumbart & Grigsby, for appellant; Burnett M. Chiperfield, Claude E. Chiperfield and Robert B. Chiperfield, for appellee. Opinion by PRESIDING JUSTICE RIESS. "Not to be published in full."

First National Bank of Mt. Auburn, Appellee, v. School District No. 63, of Christian County, Appellant.

Gen. No. 9,200.

Heard in this court at October term, 1939; opinion filed January 15, 1940. Provine & Williams, for appellant; Amos M. Pinkerton, of counsel; Leal W. Reese, for appellee. Opinion by JUSTICE FULTON. "Not to be published in full."